UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re: A B Marketing LLC
dba The Sphere

Case No. _____

Chapter 11

Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Section 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. Section 112 and Fed. R. Bankr. P. 1007(m).

| (1) Names of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc) | (4) Indicate if claim is contingent, unliquidated or disputed | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Martini on Ice<br>8040 Hosbrook Rd, #400<br>Cincinnati, OH 45236 | Greg Martini<br>(513) 381-1200 | Lease Arrearage | | $461,901.00 |
| Duke Energy<br>644 Linn Street<br>Cincinnati, OH 45203 | Alisha<br>644 Linn Street<br>Cincinnati, OH 45203<br>(513) 421-9500 | Utility Acct | | $151,011.38 |
| Brooks, Penelope<br>10765 Kristiridge Drive<br>Cincinnati, OH 45252 | | Business Loan | | $130,000.00 |
| Greater Cincinnati Waterworks<br>4747 Spring Grove Ave<br>Cincinnati, OH 45232-1986 | Cynthia Unger<br>4747 Springer Grove Ave<br>Cincinnati, OH 45232-1986<br>(513) 591-7700 | Utility Acct | | $ 33,541.49 |
| A & A Mechanical<br>7200 Distribution Dr<br>Louisville, KY 40258 | (502) 968-8116 | Repairs | | $  6,628.98 |
| Cintas<br>P O Box 630803<br>Cincinnati, OH 45263-0803 | (513) 459-1200 | Service/<br>Maintenance | | $  4,339.66 |
| EDI, Inc.<br>4778 River Road<br>Cincinnati, OH 45233 | (513) 381-5391 | Account | | $  3,226.30 |
| Cincinnati Bell<br>P O Box 748003<br>Cincinnati, OH 45274-8003 | (513) 566-5050 | Utility | | $    656.88 |

| | | | | |
|---|---|---|---|---|
| Holland Roofing<br>7450 Industrial Road<br>Florence, KY 41042 | (513) 870-0582 | Roof Repair | $ | 655.00 |
| Grainger<br>Dept. 880528450<br>Palatine, IL 60038-0001 | (847) 793-6300 | Parts/Supplies | $ | 544.33 |
| Schiff, Kreidler-Shell Inc<br>1 W. Fourth Street<br>Cincinnati, OH 45202 | (513) 977-3100 | Insurance Premium | $ | 499.00 |

Date: July 19, 2011        /s/ Darroll W. Alexander
                                                     Debtor